Lynn H. Ball, Esq., Law Office of Lynn H. Ball, San Diego, CA, for Defendant–Appellant.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Felix Valenzuela HERRERA, Defendant—Appellant.**

No. 05–50440.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 16, 2006.

Becky S. Walker, Esq., Antoine F. Raphael, AUSA, Office of the U.S. Attorney

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

** This disposition is not appropriate for publi-

cation and may not be cited to or by the

Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Phillip I. Bronson, Esq., Law Offices of Phillip I. Bronson, Encino, CA, for Defendant–Appellant.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

## MEMORANDUM **

Felix Valenzuela Herrera appeals from his guilty-plea conviction and 24–month sentence for conspiracy to possess, and possession with intent to distribute heroin, in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Valenzuela Herrera has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Valenzuela Herrera did not file a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore GRANT counsel's motion to

withdraw and AFFIRM the district court's judgment.

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

